```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Robert W. Bruedle

    v.                            Civil No. 07-cv-256-JL

NH State Prison, Warden


**O R D E R**

The petitioner's motion for certificate of appealability (document no. 19) is DENIED. The petitioner has not shown that reasonable jurists could debate whether the petition should have been resolved in a different manner, that the issues presented were adequate to deserve encouragement to proceed further, or otherwise made a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 483-84 (2000).

In fact, the petitioner's motion makes no attempt at any such showing in other than the broadest terms, not even distinguishing between the six issues set forth in Magistrate Judge Muirhead's November 2, 2007 order directing the clerk to make service (as specified by this court in its subsequent orders and at the summary judgment hearing), and only incorporates the petitioner's previous arguments by reference. This is insufficient, and should the petitioner wish to apply to the

Court of Appeals for a certificate, he is cautioned to comply with First Circuit Local Rule 22.1(b).

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  April 23, 2009

cc:  Sven D. Wiberg, Esq.
     Elizabeth C. Woodcock, Esq.
     Stephen D. Fuller, Esq.